UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
IN RE WORLD TRADE CENTER LOWER          :   21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION      :
:
:
:
:
:
-----------------------------------------------------------------X
JOAQUIN CAMPUZANO (AND WIFE, NANCY      :   07-CV-01478-AKH
CAMPUZANO),                             :
:
                        Plaintiffs,     :   **APPEARANCE**
:
    - against -                         :   **ELECTRONICALLY FILED**
:
233 BROADWAY OWNERS, LLC, *et al.*,     :
:
                        Defendants.     :
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated:   New York, New York            DICKSTEIN SHAPIRO LLP
         January 18, 2008

                            By:        /s/ Judith R. Cohen
                                       _____
                                       Judith R. Cohen (JC-8614)
                                       1177 Avenue of the Americas
                                       New York, New York 10036
                                       Phone: (212) 277-6500
                                       Fax: (212) 277-6501

                                       *Attorney for Defendant*
                                       MERRILL LYNCH & CO., INC.


DOCSNY-287424